UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

May 6, 2019

To: **Brad Sadek, Esq.**

                In re: **Donna Vance**
                Bankruptcy No. **18-18445AMC**
                Adversary No.
                Chapter **13**

Re **Application for Compensation (docket #16)**

The above pleading was filed in this office on 4/5/19. Please be advised that the following document(s) has (have) not been filed as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court:

- ( ) Affidavit
- ( ) Certificate of Service
- (**x**) Certification of no response
- ( ) Notice pursuant to Rule 9019
- ( ) Notice pursuant to Rule 2002
- ( ) Notice pursuant to Rule 3007.1
- ( ) Proof of Claim number not noted on objection pursuant to Rule 3007.1(a)
- ( ) Proposed Order
- ( ) Stipulation
- ( ) Certification of Default
- ( ) Other

In order for this matter to proceed to disposition, please submit the above noted item(s) to this office within fourteen (14) days from the date of this notice. Otherwise, the matter will be referred to the Court.

                Timothy B. McGrath
                Clerk


                By: ___Randi Janoff_____
                      Deputy Clerk

status.frm
(rev. 11/26/2018)